E-FILED
Friday, 26 September, 2014 09:06:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 12-4119<br>) |
| PETERSON PARKING LOT STRIPING, INC. | )<br>) |
| Defendant. | ) |

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE coming before the Court on Plaintiff's Motion for Default Judgment, and the Court being fully advised in the premises, and having reviewed and considered the Motion and exhibits attached thereto, the supporting memorandum of law and exhibits attached thereto, Plaintiff's Amended Complaint and the exhibits attached thereto, and other documentary evidence contained in the court file, and Defendant, PETERSON PARKING LOT STRIPING, INC., having been previously found to be in default, FINDS AS FOLLOWS:

1. Defendant is an "Employer" engaged in an industry within the meaning of §§1002 (5), (11), (12) and (14) of ERISA.

2. Defendant is bound by the provisions of a collective bargaining agreement and the Plaintiff's trust agreement.

3. Defendant employed individuals who performed work covered under the collective bargaining agreement for which contributions are owed to Plaintiff.

4. Defendant has failed to pay all fringe benefit contributions owed to Plaintiff for covered work performed by its employees.

5. Defendant breached the collective bargaining agreement, Plaintiff's trust agreement, and applicable provisions of ERISA by failing to make payment to Plaintiff of all contributions owed for covered work performed by its employees under the collective bargaining agreement.

6. The Plaintiff is entitled to liquidated damages, interest, audit costs and its reasonable attorneys' fees and costs incurred in this matter pursuant to the Plaintiff's trust agreement and Section 502(g)(2)(A-E) of ERISA.

7. Defendant owes the Plaintiff the sum of $62,760.47 (consisting of contributions of $36,855.57 plus liquidated damages of $24,854.45 plus audit costs of $1,050.45) for contributions and other amounts owed for covered work performed by its employees.

8. The Plaintiff has incurred reasonable attorneys' fees and costs in this matter in the sum of $4,481.63.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED

A. Plaintiffs' Motion for Default Judgment is GRANTED pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure;

B. Plaintiff is awarded its reasonable attorneys' fees and costs, as provided by ERISA (29 U.S.C. Section 1132(g)(2)), which amounts are included in the judgment granted herein;

C. That judgment is entered in favor of Plaintiff Illinois State Painters Welfare Fund and against Defendant, Peterson Parking Lot Striping, Inc., in the sum of $67,242.10, which includes reasonable attorneys' fees and costs;

D. That Plaintiff is awarded, at Defendant's cost, such further and other relief as may be available under ERISA, the Plaintiff's trust agreement or as is otherwise just and equitable.

E. The Clerk is directed to enter judgment in favor of the Plaintiff consistent with this Order.

Entered this 26 day of September, 2014

By: /s/ Sara Darrow
United States District Judge